# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

132151(45)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LILLIAN KREBS, MARK KREBS,
FRED KREBS and KREBSVIEW FARMS,
      Plaintiffs,

v

WILLIAM and SALLY NYGREN,
      Defendants-Appellants,

and

SECURA INSURANCE,
      Defendant-Appellee.

SC: 132151
COA: 258813
Ingham CC: 03-000807-CK

_____/

      On order of the Court, the motion for reconsideration of this Court's December 28, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007 _____        _____

p0530                                Clerk